**MUSCARELLA, BOCHET,**
**EDWARDS & D'ALESSANDRO, P.C.**
10-04 River Road
Fair Lawn, New Jersey 07410
(201)796-3100
Counsel to Trustee
BAE7510

|  |  |
|---|---|
|  | **UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NEW JERSEY**
**NEWARK VICINAGE** |
| In the Matter of:                               : |  |
|                                                           : | Chapter 7 |
| HENRY BELL,                               : |  |
|                                                           : | Case No. 10-36159-NLW |
|                          Debtor.        : |  |
| _____: | Hearing date: 6/6/2011 @ 9:00 a.m. |

## NOTICE OF MOTION TO DISMISS PETITION FOR
## FAILURE OF DEBTOR TO COOPERATE WITH TRUSTEE

Oral Argument: Waived Unless Opposition Papers are Filed and Served.

Trustee, Barbara A. Edwards, has filed papers with the Court to dismiss the within petition for failure of the debtor to cooperate with the Trustee in connection with the above matter.  Your rights may be affected.  You should read these papers carefully and discuss them with your lawyer, if you have one on this case.  (If you do not have a lawyer, you may wish to consult one.)

If you do not wish the Court to enter an Order dismissing the within petition, or if you want the Court to consider your views on the Motion, then within seven (7) days prior to the scheduled hearing, you or your lawyer must:

File with the Court a written response or answer, explaining your position, and mail a copy to:

      Barbara A. Edwards, Trustee
      Muscarella, Bochet, Edwards & D'Alessandro, P.C.
      10-04 River Road
      Fair Lawn, New Jersey 07410

If you mail your response to the Court for filing, you must mail it early enough so the Court will receive it by the date stated above.

    HEARING SCHEDULED TO BE HELD BEFORE:

| | |
|---|---|
| Honorable: | Novalyn L. Winfield |
| Date: | June 6, 2011 |
| Time: | 9:00 a.m. |
| Place: | King Federal Building, 50 Walnut Street, Newark, NJ |

    Pursuant to D.N.J. LBR 9013-1(d) et seq, if you wish to contest the within Motion you must file, with the Office of the Clerk of the Bankruptcy Court, responding papers stating with particularly the basis of your opposition to the Motion. A copy of the proposed Order which is sought is enclosed with this Motion.

    If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the Motion and may enter an Order dismissing the within petition.

    Statement of Non-Necessity of Brief: The movant certifies pursuant to D.N.J. LBR 9013-2, that the within Motion involves common questions of law and fact and does not involve complex or novel issues such as to require the submission of a legal brief.

                                  */s/ Barbara A. Edwards*
                                  **BARBARA A. EDWARDS,** Trustee

Dated: April 28, 2011